IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
JUL 22 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-30120-SMY |
| ) | |
| vs. ) | Title 18 United States Code, |
| ) | Sections 1951 and 924(c)(1)(A) |
| MICHAEL L. JACKSON, III, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about March 13, 2014, in St. Clair County, within the Southern District of Illinois,

**MICHAEL L. JACKSON, III,**

defendant herein, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, MICHAEL L. JACKSON, III, did unlawfully take and obtain property, namely U.S. Currency and cigarettes, belonging to Midwest Petroleum, from the presence of an employee of Midwest Petroleum, against her will by means of actual and threatened force, violence and fear of injury, immediate and future, to her person, by brandishing a firearm.

At all times material to this Indictment, Midwest Petroleum, located at 1551 Hartman Lane, Shiloh, Illinois was engaged in the retail sale of gasoline, food, and beverages, in interstate commerce and an industry which affects interstate commerce.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 2

### CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

On or about March 13, 2014, in St. Clair County, within the Southern District of Illinois,

**MICHAEL L. JACKSON, III,**

defendant herein, did knowingly use and carry a firearm, during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery as named and fully described in Count 1, in violation of Title 18, United States Code, Section 924(c)(1)(A).

During and in the course of the commission of this offense, the defendant herein did brandish a firearm, in violation of 18 U.S.C. 924(c)(1)(A)(ii).

**A TRUE BILL**

LAURA V. REPPERT
Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: DETENTION